```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | | |
|---|---|---|
| DR. BOBBIE R. DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:13-cv-2405-JTF-dkv |
| | ) | |
| BOARD OF EDUCATION OF THE MEMPHIS CITY SCHOOLS and TONY A. MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

Based on the Stipulation of Dismissal with Prejudice entered by the parties on November 30, 2013, DE [12], the Court orders this case dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this 3rd day of December, 2013.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE